Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

---

### UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Docket No. 0208 1:14CR00130-01 (LAP)

Allen Williams

On January 6, 2022, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Williams has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that effective immediately, his Supervised Release be terminated.

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Allen Williams be granted an immediate reduction in his Supervised Release term with a new maximum expiration date effective the date of this order.

Date this __2nd__ day of __April__, 20__24__.

*Loretta A. Preska*

Honorable Loretta A. Preska
Senior U.S. District Judge